ERIE INS. EXCHANGE

v.

LITTLE DUCKLINGS DAY CARE, et al.

168 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

Reargument Denied 12/6/2017

June Term, 2015, No. 15–0602601 (Philadelphia)

Affirmed

IN the INTEREST OF: S.–A.V.C., Minor

514 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001219–2016 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: L.S.A.C., Minor

515 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001220–2016 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: S.C., Minor

516 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

CP–51–DP–0001295–2012 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: L.C., Minor

518 EDA 2017

Superior Court of Pennsylvania.

09/27/2017

CP–51–DP–0001912–2014 (Philadelphia)

200

Affirmed—Application to Withdraw as Counsel Granted

IN the INTEREST OF: R.I.L., a Minor

**732 EDA 2017**

Superior Court of Pennsylvania.

9/27/2017

CP–51–AP–0001289–2016, CP–51–DP–0002627–2014

(Philadelphia)

Affirmed

IN the INTEREST OF: R.J.G.–L., JR., a Minor

**736 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001291–2016
CP–51–DP–0002628–2014
(Philadelphia)

Affirmed

IN the INTEREST OF:
Q.R.B., a Minor

**737 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001294–2016, CP–51–DP–0002626–2014 (Philadelphia)

Affirmed

IN the INTEREST OF: Z.L., a Minor

**738 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001295–2016, CP–51–DP–0002630–2014 (Philadelphia)

Affirmed

IN the INTEREST OF: Z.J.L., a Minor

**739 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–AP–0001305–2016
CP–51–DP–0002629–2014
(Philadelphia)

Affirmed